Same case below, 395 Fed. Appx. 988.

■

**No. 10-9335. Robert Vieau, Petitioner v. Linda M. Metrish, Warden.**

563 U.S. 947, 131 S. Ct. 2119, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 3114.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

■

**No. 10-9340. LeRoy K. Wheeler, Petitioner v. Robyn T. Scmalenberger, Warden.**

563 U.S. 947, 131 S. Ct. 2119, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 3102, ■

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

■

**No. 10-9346. Kenneth Kelly, Petitioner v. Maryland.**

563 U.S. 947, 131 S. Ct. 2119, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 3090.

April 18, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 195 Md. App. 403, 6 A.3d 396.

■

**No. 10-9350. John King, Petitioner v. Jon Fisher, Superintendent, State Correctional Institution at Smithfield, et al.**

563 U.S. 948, 131 S. Ct. 2120, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 3138.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9356. Dante Overby, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.**

563 U.S. 948, 131 S. Ct. 2120, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 3005.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

■

**No. 10-9359. Angel A. Cervantes, Petitioner v. P. L. Vasquez, Warden.**

563 U.S. 948, 131 S. Ct. 2120, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 3110.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-9369. Ricky Willard Lowery, Petitioner v. Leroy Cartledge, Warden.**

563 U.S. 948, 131 S. Ct. 2120, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 2950.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 878.

■

**No. 10-9371. Kim Killion, Petitioner v. Alex Dawson.**

563 U.S. 948, 131 S. Ct. 2120, 179 L. Ed. 2d 912, 2011 U.S. LEXIS 2827.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.